J. Scott Conlon, #011829
Ellen S. Levy, #020275
RENAUD COOK DRURY MESAROS, PA
One North Central, Suite 900
Phoenix, Arizona 85004-4417
Telephone: (602) 307-9900
Facsimile:  (602) 307-5853
*Attorneys for Defendants*

E-mail:   docket@rcdmlaw.com
          sconlon@rcdmlaw.com
          elevy@rcdmlaw.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Khaliq Hussein-Amin, a single man | No. |
| Plaintiff, | **NOTICE OF REMOVAL** |
| v. | |
| Corizon Health, Inc.; State of Arizona, a body politic; John Does 1-5; Jane Does 1-5; ABC Corporations I-X; and ZYX Partnerships 1-5; Sole Proprietorships 1-5, | |
| Defendants. | |

Defendants, State of Arizona ("State") and Corizon Health, Inc. ("Corizon"), by and through their undersigned counsel, and pursuant to Rule 81(c), Fed.R.Civ.P., hereby notices the removal of the above-captioned case from the Superior Court of Arizona, in and for the County of Pima, filed under Cause Number: C2016–1587, to the Federal Court and in support thereof asserts:

1.   The Federal Court has jurisdiction pursuant to 28 U.S.C. § 1331. This action may be removed pursuant to 28 U.S.C. § 1441(b) because Plaintiff asserts a claim pursuant to the Eighth Amendment of the United States Constitution.

2.   Plaintiff did not serve the Defendant party. However, Defendant party has, on July 7, 2016, executed a waiver of service of summons received in the undersigned's office on June 21, 2016. As such, this Notice of Removal is being filed within thirty (30) days after

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

1 initial receipt of Plaintiff's Complaint and is timely filed under 28 U.S.C. § 1446(b).

2   3.   The time for which Defendant has to remove this case with respect to the
3 Complaint has not expired.

4   4.   A notification of the filing of a Notice of Removal to Federal Court, a true and
5 correct copy of which is attached as Exhibit "A," has been filed in the Superior Court of
6 Arizona, County of Pima, on behalf of the Defendants.

7   5.   All known presently served/accepted service Defendant parties have consented
8 to the removal of this case from Superior Court of the State of Arizona, County of Pima, to
9 the United States District Court for the District of Arizona.

10   **WHEREFORE**, Defendant respectfully requests that the above action now pending
11 in the Superior Court of the State of Arizona be removed to this Court.

12   Respectfully submitted this *13th* day of July, 2016.

RENAUD COOK DRURY MESAROS, PA


*By s/ Ellen S. Levy*
J. Scott Conlon
Ellen S. Levy
One North Central, Suite 900
Phoenix, Arizona 85004-4417
*Attorneys for Defendants*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ  85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 2)   3306-0127   3234602_1.docx

## **CERTIFICATE OF SERVICE**

I hereby certify that on this *13th* day of July, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to the following CM/ECF participants:

James R. Studwell, Esq.
HEALY & STUDWELL LAW FIRM, P.C.
7440 North Oracle Road, Casita 3
Tucson, Arizona 85704
*Attorneys for Plaintiff*

Michael S. Redhair
THE REDHAIR LAW GROUP, PC
7440 North Oracle Road, Casita 3
Tucson, Arizona 85704
*Attorneys for Plaintiff*

I further certify that on this same date, I served the following, who is not a registered participant of the CM/ECF System, via U.S. Mail to:  N/A

*By: s/ Margaret Bango*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ  85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853