# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Khaliq Hussein-Amin,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Corizon Health Incorporated, et al.,<br><br>　　　　Defendants. | No. CV-16-00469-TUC-RCC<br><br>**ORDER** |

Upon stipulation of the parties (**Doc. 13**),

**IT IS ORDERED**

1. Granting the parties Stipulation to Dismiss Count One of the Plaintiff's Complaint against Defendants, with prejudice, each party to bear its own costs and fees.

2. Remanding Plaintiff's remaining state law claim against all parties to Pima County Superior Court for further proceedings.

Dated this 7th day of March, 2017.

_____
Raner C. Collins
Chief United States District Judge